BENJAMIN B. WAGNER
United States Attorney
CHI SOO KIM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Federal Defendants

WILLIAM G. WHEATLEY, JR.
MARK H. BAKER
WHEATLEY BINGHAM & BAKER LLP
462 Stevens Avenue, Suite 109
Solana Beach, CA 92075
Telephone:  (858) 350-0505
Facsimile:  (858) 350-0506

Attorney for Plaintiff CITY OF SUISUN, CALIFORNIA

THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SUISUN, CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; JOSHUA MATTHEW ETHERIDGE,<br><br>Defendants. | Case No. 2:13-cv-02399 MCE-KJN<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT AND ORDER** |

Defendant Department of Homeland Security, Defendant United States Coast Guard, and Plaintiff City of Suisun, California, by and through their respective counsel, stipulate to substitute the United States as Defendant in place of the Department of Homeland Security and the United States Coast Guard.  The United States is the only proper party defendant for claims under the Federal Tort Claims Act.  28 U.S.C. §§ 1346(b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it

only allows claims against the United States.  Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

DATED:  November 25, 2013

BENJAMIN B. WAGNER
United States Attorney

By:     */s/ Chi Soo Kim*
CHI SOO KIM
Assistant United States Attorney

DATED:  November 26, 2013

By:     */s/ Mark H. Baker*
MARK H. BAKER
Attorney for Plaintiff City of Suisun,
California

## ORDER

IT IS SO ORDERED.

Dated:  December 6, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Notice of Substitution of United States
of America as Defendant and Order